**No. 11-5605. Todd M. Jack, Petitioner v. Navy Federal Credit Union.**

565 U.S. 947, 132 S. Ct. 405, 181 L. Ed. 2d 265, 2011 U.S. LEXIS 7303.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 11-5607. David W. Martin, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.**

565 U.S. 947, 132 S. Ct. 405, 181 L. Ed. 2d 265, 2011 U.S. LEXIS 7348.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 430 Fed. Appx. 590.

**No. 11-5611. Annette Michelle McCarthy, Petitioner v. Tammy Brown, Warden.**

565 U.S. 947, 132 S. Ct. 406, 181 L. Ed. 2d 265, 2011 U.S. LEXIS 7400.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 248.

**No. 11-5613. James G. Miller, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 947, 132 S. Ct. 406, 181 L. Ed. 2d 265, 2011 U.S. LEXIS 7293.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5615. William D. Williams, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 947, 132 S. Ct. 446, 181 L. Ed. 2d 265, 2011 U.S. LEXIS 7312.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5616. Larry Williams, Petitioner v. W. Thompson, Warden, et al.**

565 U.S. 947, 132 S. Ct. 406, 181 L. Ed. 2d 265, 2011 U.S. LEXIS 7356,

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 433 Fed. Appx. 156.

**No. 11-5618. Jason Weldon, Petitioner v. John R. Pate, Warden.**

565 U.S. 947, 132 S. Ct. 406, 181 L. Ed. 2d 265, 2011 U.S. LEXIS 7448.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 427 Fed. Appx. 261.